Rachel E. Kaufman, CA Bar No. 259353
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP LIVENGOOD, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>CODEFIED, INC. d/b/a HOUSECALL PRO,<br><br>  Defendant. | Case No. 3:22-cv-00954-DMS-JLB<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

   Plaintiff Philip Livengood hereby provides notice to the Court of the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

   RESPECTFULLY SUBMITTED AND DATED this 31st day of August, 2022.

                         By: /s/ *Rachel E. Kaufman*
                         Rachel E. Kaufman

rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Attorney for Plaintiff and the putative Class*